# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOHN G. KRAJACIC,

        Plaintiff,

v.                           No. CV 21-386 CG

UNITED STATES OF AMERICA, et al.,

        Defendants.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Plaintiff's *pro se Petition to the United States Grand Jury for Criminal Violations of Civil Rights*, (Doc. 1), filed April 26, 2021.

Plaintiff has not paid the $402.00 fee[1] for instituting a civil action or filed an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Plaintiff shall have until May 19, 2021, to either pay the $402.00 fee or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Failure to timely pay the fee or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" may result in dismissal of this case without prejudice. Any papers that Plaintiff files in response to this order must include the civil cause number (No. 1:21-cv-00386-CG) of this case.

**IT IS THEREFORE ORDERED** that, by **May 19, 2021**, Plaintiff shall either pay the $402.00 fee or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."

**IT IS FURTHER ORDERED** that the Clerk shall mail to Plaintiff, together with a

---

[1] The fee for instituting any civil action, suit or proceeding is comprised of a $350.00 filing fee, *see* 28 U.S.C. §1914, and a $52.00 administrative fee.

copy of this Order, an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE